**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-2510**

———————

JACKIE BURRELL,

                    Plaintiff - Appellant,

        v.

PAREXEL INTERNATIONAL, LLC,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.  (1:12-cv-01326-WMN)

———————

Submitted: February 21, 2013        Decided: February 25, 2013

———————

Before AGEE and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Jackie Burrell, Appellant Pro Se.   Eric S. Mueller, SEMMES,
BOWEN & SEMMES, Baltimore, Maryland; Eileen Carr Riley, Larry
Robert Seegull, JACKSON LEWIS, LLP, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jackie Burrell seeks to appeal the district court's order granting Defendant's Fed. R. Civ. P. 12(b)(6) motion and dismissing her civil action for failure to state a claim upon which relief may be granted. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on October 4, 2012. The notice of appeal was filed on December 10, 2012. Because Burrell failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny leave to proceed in forma pauperis and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2